# Court of Appeals
# of the State of Georgia

ATLANTA,  May 05, 2025

*The Court of Appeals hereby passes the following order:*

### A25A1492. LAWRENCE KNIGHTON v. SENTORIA IRVIN.

Landlord Lawrence Knighton filed suit against his former tenant, Sentoria Irvin, in magistrate court for damages and back rent. The magistrate court entered judgment in favor of Knighton, and Irvin appealed to the superior court. The superior court entered a $1,000 judgment in favor of Knighton; Irvin filed a motion for reconsideration. In February 2025, the superior court granted the motion for reconsideration and, after a hearing, entered an amended final order, awarding Knighton no damages. Knighton then filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Knighton's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  05/05/2025

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*